NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 24 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERTO YANEZ-PAEZ, | No. 16-70811 |
| Petitioner, | Agency No. A200-975-172 |
| v. | |
| WILLIAM P. BARR, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 15, 2019**
Pasadena, California

Before: WARDLAW and HURWITZ, Circuit Judges, and KORMAN,*** District
Judge.

Roberto Yanez-Paez petitions for review of a decision of the Board of

Immigration Appeals ("BIA") dismissing an appeal from an order of an Immigration

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\*\* The Honorable Edward R. Korman, United States District Judge for
the Eastern District of New York, sitting by designation.

Judge denying his applications for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT"), and pretermitting his application for cancellation of removal. After the case was fully briefed, the government filed a citation of supplemental authority and supported a remand of the CAT claim to the BIA for further reconsideration in light of *Barajas-Romero v. Lynch*, 846 F.3d 351 (9th Cir. 2017). We agree with that suggestion.

We therefore grant the petition for review and remand to the BIA for further proceedings. We do not today otherwise address Yanez's various claims; we can do so, if necessary, should a future petition for review be filed.

**PETITION GRANTED, REMANDED.**